IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL ANDERSON,

    Petitioner,

v.                                              CASE NO. 5:03-cv-00257-MP-EMT

CHARLIE CRIST,
AL SOLOMAN,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 18, Report and Recommendation of Magistrate Judge Timothy, recommending that the petition for writ of habeas corpus, Doc. 1, be denied. The Magistrate Judge filed the Report and Recommendation on Tuesday, May 24, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Petitioner has filed objections, Doc. 21. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* review of those portions to which an objection has been made. Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation is ADOPTED and INCORPORATED by reference in this order.

2.    The petition for writ of habeas corpus, Doc. 1, is DENIED.

3.   The clerk is directed to close this case.

**DONE AND ORDERED** this ___9th___ day of August, 2005.

              *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge